UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:20-cv-00224

**Heidi Krum,**
*Plaintiff,*

v.

**Credit Control Corporation,**
*Defendant.*

# ORDER

On April 30, 2020, plaintiff Heidi Krum filed this case under the Fair Debt Collection Act. Doc. 1. Her case was referred to United States Magistrate Judge K. Nicole Mitchell under 28 U.S.C. § 636. Doc. 3.

On February 24, 2021, the defendant filed a motion to dismiss plaintiff's claims with prejudice under Federal Rule of Civil Procedure 41(b). Doc. 27. The magistrate judge issued a report recommending that plaintiff's claims be dismissed without prejudice after finding that such dismissal would be an appropriate lesser sanction for the plaintiff's unresponsiveness and failure to comply with court orders. Doc. 28. Neither party objected to the report.

When no party objects to a magistrate judge's report, it is reviewed only for clear error. *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Finding no clear error in the report, the court accepts the report and recommendation. *See* Fed. R. Civ. P. 72(b)(3). Defendant's motion to dismiss is **granted in part**. Plaintiff's claims are **dismissed without prejudice**.

*So ordered by the court on April 23, 2021.*

J. CAMPBELL BARKER
United States District Judge